## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

EARNEST LEE PITTMAN, JR.,

      Petitioner,

  v.

FEDERAL BUREAU OF PRISONS,
FMC ROCHESTER, JARED RARDIN,

      Respondents.

**ORDER ADOPTING REPORT
AND RECOMMENDATION**
Civil File No. 26-2151 (MJD/DTS)

---

Earnest Lee Pittman, Jr., pro se.
David W. Fuller, Lucas B. Draisey, Assistant United States Attorneys, for
Respondents.

---

The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge David T. Schultz dated May

26, 2026, recommending that the Court deny Petitioner's petition for a writ of

habeas corpus.  Petitioner has filed objections to the Report and

Recommendation. (Doc. 12.)

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the Court overrules Petitioner's objections and adopts the May 26, 2026 Report and Recommendation of Magistrate Judge Schultz.

Accordingly, based upon the files, records, and proceedings herein**, IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated May 26, 2026, **[Doc. 10]**;

2. Petitioner Earnest Lee Pittman, Jr.'s Petition for Writ of Habeas Corpus **[Doc. 1]** is **DENIED**;

3. Petitioner Earnest Lee Pittman, Jr.'s Application to Proceed In Forma Pauperis **[Doc. 2]** is **DENIED as moot**;

4. Petitioner Earnest Lee Pittman, Jr.'s Motion to Sua Sponte Refine the Caption & Request to Withdraw Motion to Seal Documents **[Doc. 4]** is **DENIED as moot**;

5. Petitioner Earnest Lee Pittman, Jr.'s Requests to Submit Additional Exhibits **[Docs. 7, 11]** are **DENIED as moot**; and

6. This action is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 16, 2026                           s/Michael J. Davis
                                                Michael J. Davis
                                                United States District Court

2